UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES FUTRELL,<br><br>                     Plaintiff,<br><br>-v.-<br><br>COLLINS J. OGBOLU, et al.,<br><br>                     Defendants. | 22 Civ. 02401 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      On April 26, 2023, the Court issued an Order referring the parties to the Court-annexed Mediation Program. *See* ECF No. 56. The Order stated that, "[n]o later than **one week** after the conclusion of all mediation, the parties shall file a joint letter updating the Court on the status of their settlement efforts." *Id.*

      The docket reflects that the parties concluded mediation on or about June 8, 2023. *See* ECF No. 59. To date, however, the parties have not submitted a joint status letter in accordance with the Court's April 26 Order.

      By no later than **July 12, 2023**, the parties shall submit the required letter.

      SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge