# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600

July 12, 2023

> By **August 10, 2023**, Plaintiff and Defendant M Dental Care, P.C. shall contact the Court-annexed Mediation Program to schedule mediation for as soon after August 28, 2023 as possible.
>
> By **September 6, 2023**, the parties are directed to submit a joint letter to the Court on the status of this matter, including with respect to mediation.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: July 31, 2023

<u>Via ECF</u>
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *James Futrell v. Collins J. Ogbolu and M Dental Care, P.C.,*
      <u>Docket No. 1:22-CV-02401(JHR)</u>

Dear Judge Rearden:

   We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order dated July 5, 2023 (ECF No. 62), we submit this letter on behalf of all parties to apprise the Court as to the parties' settlement efforts.

   The parties have had multiple discussions regarding their respective positions as to the appropriate injunctive relief and settlement value of this case.  As a result of those discussions, plaintiff and defendant Collins J. Ogbolu reached an agreement to resolve plaintiff's claims against defendant Collins J. Ogbolu. However, plaintiff and defendant M Dental Care, P.C. have not been able to resolve their dispute.

   With respect to plaintiff and defendant Collins J. Ogbolu's settlement, a written agreement memorializing their agreed-to terms of settlement has been finalized. Plaintiff and defendant Collins J. Ogbolu are now in the process of executing the agreement.

   With respect to plaintiff and defendant M Dental Care, P.C., both parties believe additional discovery is necessary for them to have more informed and productive settlement discussions.  Therefore, both plaintiff and M. Dental Care, P.C. seek to complete fact discovery prior to any mediation. As such, plaintiff and defendant M. Dental Care P.C. will ask the Court-Annexed Mediation Program to schedule a mediation after August 28, 2023, the deadline to complete fact discovery.

   Thank you for your time and attention to this matter. With kindest regards, I am

                        Respectfully submitted,

                        **PARKER HANSKI LLC**


                        _____/s/_____
                        Robert G. Hanski, Esq.