UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES FUTRELL,

                Plaintiff,

-v.-

COLLINS J. OGBOLU, et al.,

                Defendants.

22 Civ. 02401 (JHR)

ORDER OF DISMISSAL

---

JENNIFER H. REARDEN, District Judge:

    The Court, having been advised at ECF No. 63 that Plaintiff and Defendant Collins J. Ogbolu have reached a settlement, hereby ORDERS that the above-entitled action against Defendant Ogbolu be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen must be filed **within 30 days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted.

    If Plaintiff and Defendant Ogbolu wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 6.A of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    The Clerk of Court is directed to terminate Defendant Collins J. Ogbolu as a party. The Clerk of Court is further directed <u>not</u> to close this case.

    SO ORDERED.

Dated: August 29, 2023
       New York, New York

                                                  _____
                                                  JENNIFER H. REARDEN
                                                  United States District Judge