# PARKER HANSKI LLC

40 Worth Street, Suite 602
New York, New York 10013
Phone:   212.248.7400
Fax:      212.248.5600

November 22, 2023

*Via ECF*

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 79.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: November 27, 2023

Re:   *Extension of Time to File Stipulation of Dismissal*
      *James Futrell v. Collins J. Ogbolu and M Dental Care, P.C.*
      *Docket No.   1:22-cv-02401(JHR)*

Dear Judge Rearden:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the time to file the stipulation of dismissal in this action by forty-five (45) days, from November 22, 2023 to January 6, 2024, or, in the alternative, for the Court to re-open the case.[1]  The reason for this request is that the parties require additional time to fully execute the settlement agreement and satisfy certain conditions precedent to the filing of the stipulation of dismissal.

By way of background, the parties settled this action on October 20, 2023 and have worked through successive rounds of comments to memorialize their settlement terms in writing. The first round of comments began on October 18, 2023 when plaintiff circulated an initial draft of the agreement and concluded on October 25, 2023 when defendants provided their comments. The second and final round of comments began on November 1, 2023 and ended on November 13, 2023 after all parties agreed to the final version of the agreement.  On November 17, 2023 plaintiff signed the agreement and M Dental Care, P.C. is in the process of signing the agreement.  Accordingly, plaintiff respectfully seeks an extension of time, until January 6, 2024 to enable M Dental Care, P.C. to sign the settlement agreement, satisfy its conditions precedent and to timely file the stipulation of dismissal.

Thank you for your time and attention to this matter.

Respectfully yours,

/s/

Robert G. Hanski, Esq.

---

[1] This is the first request for an extension of time.